# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

September 4, 2019

**Via ECF**
The Honorable Alison Nathan, U.S.D.J.
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

        Re:   *Bravo et al v. You Make Me Feel LLC et al.*
               Case No.: 19-cv-03607

Dear Judge Nathan:

    We are counsel for Plaintiffs in the above-referenced action and submit this letter jointly with counsel for Defendants.

    We write to inform the Court that the parties have reached a settlement in principle and intend to file the fairness submissions by October 4, 2019.

    In view of the contemplated settlement, the parties respectfully request all dates and deadlines, including the Initial Conference scheduled for September 12, 2019, to be adjourned *sine die*.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF