UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VICTOR BRAVO and JUAN CARLOS PADILLA, on behalf of themselves, FLSA Collective Plaintiffs and the Class,<br><br>Plaintiffs,<br><br>v.<br><br>YOU MAKE ME FEEL LLC, d/b/a SEXY TACO/DIRTY CASH, COUNTER CULTURE HOSPITALITY GROUP LLC, d/b/a RUBY'S VINTAGE, and BRIAN K. WASHINGTON PALMER,<br><br>Defendants. | EXHIBIT A<br><br>1:19-cv-03607 (AJN)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were asserted in this action by any party are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date:  New York, New York
       October 22, 2019

LEE LITIGATION GROUP, PLLC

By: _____
    C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
*Attorneys for Plaintiffs*
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
Email: cklee@leelitigation.com

BOND, SCHOENECK & KING PLLC

By: _____
    Samuel G. Dobre, Esq.
Gregory B. Reilly, Esq.
*Attorneys for Defendants*
600 Third Avenue, 22nd Floor
New York, New York 10016
Telephone: (646) 253-2300
Email: sdobre@bsk.com
       greilly@bsk.com

7